No. 1122. BROWN ET AL., DBA GEM DAIRY *v.* UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied. *George Louis Creamer* for petitioners. *Solicitor General Marshall, Assistant Attorney General Sanders, Alan S. Rosenthal* and *Richard S. Salzman* for the United States et al.

No. 1124. BISSELL ET AL. *v.* McELLIGOTT, ADMINISTRATOR, ET AL. C. A. 8th Cir. Certiorari denied. *Alan B. Slayton* for Bissell et al., and *Tom B. Kretsinger* for Gampher et al., petitioners. *Solicitor General Marshall* for respondent United States.

No. 1130. NOREN ET AL. *v.* McCARTHY, MANAGER OF UNITED STATES LAND OFFICE. C. A. 9th Cir. Certiorari denied. *Edson Abel* for petitioners. *Solicitor General Marshall, Assistant Attorney General Weisl* and *Roger P. Marquis* for respondent.

No. 1150. GOODMAN *v.* UNITED STATES;
No. 1151. COHEN *v.* UNITED STATES; and
No. 1152. COUGHLIN *v.* UNITED STATES. Ct. Cl. Certiorari denied. *E. Barrett Prettyman, Jr.,* and *James E. Murray* for petitioners in all three cases. *Solicitor General Marshall, Assistant Attorney General Sanders, Morton Hollander* and *John C. Eldridge* for the United States in all three cases. *Elmer Neumann* for American Federation of Government Employees, as *amicus curiae,* in support of the petitions in all three cases.

No. 1220. DELFINO *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.